UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BROADCAST MUSIC, INC., DEL
SOUND MUSIC, EDWARD B. MARKS
MUSIC COMPANY, UNIVERSAL -
SONGS OF POLYGRAM
INTERNATIONAL, INC., and PEER
INTERNATIONAL CORPORATION,

    Plaintiffs,

v.                                          Case No: 3:13-cv-360-J-39JRK

MCCHARACTERS MUSIC CAFE &
SPORTS BAR, LLC, MARTIN E.
MCCARRICK, individually, KERRY
MCCARRICK, individually, and
HOWARD MCCARRICK, individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 23), entered on January 29, 2014. In the Report, Magistrate Judge Klindt recommends that Plaintiffs' Motion for Final Default Judgment (Doc. 18) be granted in part, and that the Clerk of the Clerk be directed to enter judgment in favor of Plaintiffs. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal

conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge and grant the Motion. Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 23) is **ADOPTED** as the opinion of the Court.

2. Plaintiffs' Motion for Final Default Judgment (Doc. 18) is **GRANTED in part** as provided in the Report and Recommendation.

3. The Clerk is directed to enter final judgment by default in favor of Plaintiffs, and against Defendants, McCharacters Music Cafe & Sports Bar, LLC, Martin E. McCarrick, Kerry McCarrick, and Howard McCarrick, in the amount of $12,000.00 in damages, $1,925.00 in attorneys' fees, and $890.00 in costs, with interest accruing at the usual and lawful rate for federal court judgments thereafter. Additionally, a permanent injunction is hereby issued enjoining Defendants, Martin E. McCarrick, Kerry McCarrick, and Howard McCarrick from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

4. Plaintiffs are directed to serve via certified mail, return receipt requested, a copy of the Complaint, the Motion for Final Default Judgment, and this Order upon the Defendants and to file a notice with the Court advising compliance.

5. This case is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 10th day of April, 2014.

*[signature]*

BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Counsel of Record

McCharacters Music Cafe & Sports Bar, LLC
c/o Registered Agent
215 Saint Joe Plaza Dr.
Palm Coast, FL 32164

Howard McCarrick
215 Saint Joe Plaza Dr.
Palm Coast, FL 32164

Martin E. McCarrick
7 Shinnecock Court
Palm Coast, FL 32137

Howard McCarrick
7 Shinnecock Court
Palm Coast, FL 32137

Kerry McCarrick
85 Cypress Point Parkway
Palm Coast, FL 32137

Martin E. McCarrick
215 Saint Joe Plaza Dr.
Palm Coast, FL 32164

Howard McCarrick
1377 Illinois St.
Palm Bay, FL 32107

Kerry McCarrick
7 Shinnecock Court
Palm Coast, FL 32137

McCharacters Music Cafe & Sports Bar
c/o Martin E. McCarrick
7 Shinnecock Court
Palm Coast, FL 32137

Kerry McCarrick
c/o William Bosch, Esquire
4488 North Oceanshore Blvd.
Palm Coast, FL 32137